IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TANABE PHARMA CORP (F/K/A MITSUBISHI TANABE PHARMA CORPORATION) | ) ) ) ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| CIPLA USA INC., CIPLA LIMITED, APOTEX INC., APOTEX CORP., LUPIN LIMITED, and LUPIN PHARMACEUTICALS, INC., | ) ) ) ) ) |
| Defendants. | |

C.A. No. 23-759 (JLH)
(CONSOLIDATED)

**STIPULATION AND [PROPOSED] ORDER TO
TRANSFER VENUE AND TO STAY ALL DEADLINES PENDING TRANSFER**

WHEREAS, on October 29, 2025, Plaintiff Tanabe Pharma Corp[1] (F/K/A Mitsubishi Tanabe Pharma Corporation) filed its Motion to Transfer Venue to the District of New Jersey (D.I. 146); and

WHEREAS, the parties have conferred and Defendants Cipla USA, Inc., Cipla Limited, Apotex Inc., Apotex Corp., Lupin Limited, and Lupin Pharmaceuticals, Inc. consent to transfer this case[2] to the District of New Jersey pursuant to 28 U.S.C. § 1404(a).

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

---

[1] As of April 1, 2026, Shionogi Inc. ("Shionogi") acquired ownership and control of the RADICAVA ORS® assets in the United States, including the NDA for RADICAVA ORS® and its Orange-Book-listed patents. Pursuant to this transfer of ownership, Plaintiff Tanabe Pharma Corporation will file a motion pursuant to Federal Rule of Civil Procedure 25(c) to address the transfer of interest and to substitute Shionogi as the appropriate Plaintiff.

[2] This case includes the following previously consolidated cases: *Mitsubishi Tanabe Pharma Corporation v. Apotex Inc. et al.*, C.A. No. 24-549; *Mitsubishi Tanabe Pharma Corporation v. Lupin Limited et al.*, C.A. No. 24-1423; *Mitsubishi Tanabe Pharma Corporation v. Lupin Limited et al.*, C.A. No. 25-828; and *Mitsubishi Tanabe Pharma Corporation v. Cipla Limited et al.*, C.A. No. 25-929.

1.      This case shall be transferred to the United States District Court for the District of New Jersey;

2.      All deadlines in this case, including *Markman* deadlines, the *Markman* hearing scheduled for July 14, 2026, and deadlines to respond to discovery, shall be stayed pending the requested transfer; and

3.      Plaintiff's Motion to Transfer (D.I. 146) is granted.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Cameron P. Clark* | */s/ Kenneth L. Dorsney* |
| Jeremy A. Tigan (#5239) | Kenneth L. Dorsney (#3726) |
| Cameron P. Clark (#6647) | Cortlan S. Hitch (#6720) |
| 1201 North Market Street | 3205 Avenue North Boulevard, Suite 100 |
| P.O. Box 1347 | Wilmington, DE 19803 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 658-9200 | kdorsney@morrisjames.com |
| jtigan@morisnichols.com | chitch@morrisjames.com |
| cclark@morrisnichols.com | |

*Attorneys for Plaintiff Tanabe Pharma Corp (F/K/A Mitsubishi Tanabe Pharma Corporation)*

*Attorneys for Defendants Cipla USA, Inc. and Cipla Limited*

| PHILLIPS, MCLAUGHLIN & HALL, P.A. | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ John C. Phillips, Jr.* | */s/ Dominick T. Gattuso* |
| John C. Phillips, Jr. (#110) | Dominick T. Gattuso (#3630) |
| David A. Bilson (#4986) | 222 Delaware Ave., Suite 900 |
| 1200 North Broom Street | Wilmington, DE 19801 |
| Wilmington, DE 19806-4204 | (302) 472-7311 |
| (302) 655-4200 | dgattuso@hegh.law |
| jcp@pmhdelaw.com | |
| dab@pmhdelaw.com | |

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

June 15, 2026

*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.*

SO ORDERED this 18th day of June, 2026.

_____
The Honorable Jennifer L. Hall
United States District Judge

2